UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT K. ASAY and SHERI L. ASAY ) | CASE NO. 2:08-CV-01242-LRH-PAL |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| KOLBERT-PIONEER et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This case is currently scheduled for trial on the stacked calendar of <u>May 10, 2011.</u>

IT IS ORDERED that this case is referred to The Honorable Peggy A. Leen for the purpose of conducting a settlement conference.

DATED this __17__ day of September, 2010.

LARRY R. HICKS
U.S. DISTRICT JUDGE