1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

13
14
15  SCOTT K. ASAY and SHERI L. ASAY,
16                    Plaintiffs,                        CASE NO.:   2:08-CV-01242-LRH-PAL
17  vs.
18
19  KOLBERG-PIONEER;  TK  ELECTRICK,
    INC.; and DOES 1 through 20, and ROE
20  CORPORATIONS 20 through 40, inclusive,
21                    Defendants.

22
## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

23
    Plaintiffs Scott K. Asay and Sheri L. Asay and Defendant Kolberg-Pioneer, Inc. ("KPI")
24
    stipulate that all Plaintiffs' claims in the above-entitled action are dismissed with prejudice, with
25
    the parties bearing their own attorneys' fees and costs.
26
27
28

| | |
|---|---|
| DATED this 4th day of April, 2011.<br><br>VANNAH & VANNAH<br><br><br>/s/ *Mark L. Jackson*_____<br>Robert D. Vannah<br>Nevada Bar No. 2503<br>Mark L. Jackson, Esq.<br>Nevada Bar No. 10905<br>400 South Fourth Street, 6th Floor<br>Las Vegas, Nevada 89101 | DATED this 4th day of April, 2011.<br><br>Chambliss Bahner & Stophel, P.C.<br><br><br> /s/ *D. Aaron Love*_____<br>Richard W. Bethea, Esq., *Pro Hac Vice*<br>William R. Dearing, Esq., *Pro Hac Vice*<br>D. Aaron Love, Esq., *Pro Hac Vice*<br>1000 Tallan Building, Two Union Square<br>Chattanooga, TN 374020<br>and |
| DATED this 4th day of April, 2011.<br><br>LAW OFFICES OF MICHAEL A. HAGEMEYER<br><br> /s/ *Michael A. Hagemeyer*_____<br>Michael A. Hagemeyer<br>Nevada Bar No. 5344.<br>6094 S. Sandhill Rd., Suite 100<br>Las Vegas, Nevada 89120 | ALVERSON TAYLOR MORTENSEN & SANDERS<br>Jonathan B. Owens, Esq.<br>Nevada Bar No. 7118<br>7401 West Charleston Boulevard<br>Las Vegas, Nevada 89117 |

**ORDER**

IT IS SO ORDERED

DATED this 6th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE